IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**ROLANDO SANTOS-MORENO,**

**Defendant.**                                              No. 05-CR-30095-DRH

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is the Government's motion to remand three material witnesses to the custody of Immigration and Customs Enforcement.  (Doc. 24.) Defense counsel consents to the Government's motion.  Therefore, the Court **GRANTS** the Government's motion to remand (Doc. 24) and **REMANDS** Jacobo Perez-Perez, Mardonio Baeza-Flores, and Jhovany Pastrana-Perez, to the custody of the United States Immigration and Customs Enforcement.

**IT IS SO ORDERED.**

Signed this 28th day of June, 2005.

/s/   David RHerndon
**United States District Judge**