UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:05CR30095-001-DRH |
| ) | |
| vs. ) | |
| ) | |
| Rolando Santos-Moreno, ) | |
| ) | |
| Defendant. ) | |

## ORDER REMITTING ASSESSMENT AND FINE

Upon motion of the United States of America and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S.C. § 3573, the unpaid portion of the assessment and fine imposed against the Defendant in the amount of $1,680.00, is hereby **REMITTED**.

DATED: May 21, 2007

/s/     David   RHerndon
United States District Judge